USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

**ORDER**

**18-CR-420 (ALC)**

-v-

Rocky Sanchez,

        Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing set for April 17, 2020 is adjourned to **April 21, 2020 at 10:00 a.m.**

SO ORDERED.

Dated: New York, New York
      January 15, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE