USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-24-20

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

-against-

Rocky Sanchez,
-------------------------------------------------------X

ORDER
18-CR-420 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

A bail hearing is scheduled for **January 29, 2020 at 3:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
       January 24, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE