```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :    18 ___ CR 420 ___ (ALC )
                                    :
        -against-                   :         ORDER
                                    :
Rocky Sanchez                       :
                                    :    USDC SDNY
                                    :    DOCUMENT
          Defendant                 :    ELECTRONICALLY FILED
------------------------------------x    DOC#: _____
                                         DATE FILED: 1-30-20
```

ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        January 29, 2020