USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                        **ORDER**
                                        18-CR-420 (ALC)

       -v-

Rocky Sanchez,

           Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the April 17, 2020 sentencing is adjourned to

**April 20, 2020** at **2:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       March 10, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE