```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
|  | : | |
| -against- | : | **18-CR-420 (ALC)** |
|  | : | |
|  | : | **ORDER** |
| **ROCKY SANCHEZ,** | : | |
|  | : | |
| Defendants. | : | |

```
------------------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

The April 20, 2020 sentencing is adjourned to **July 8, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated: April 7, 2020**
      **New York, New York**

 

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**