```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 8-5-20
```

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                                 **ORDER**

                                                 18-CR-420 (ALC)

          -against-

Rocky Sanchez,

-------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

       The Sentencing scheduled for August 10, 2020 is adjourned to **October 23, 2020** at 10:00 a.m.

       **SO ORDERED.**

Dated: New York, New York
       August 5, 2020

                                                  */s/ Andrew L. Carter, Jr.*
                                                 **ANDREW L. CARTER, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**