USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-21-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                -against-

Rocky Sanchez,
----------------------------------------------------------X

                **ORDER**
                18-CR-420 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

    The Sentencing scheduled for October 23, 2020 is adjourned to **February 25, 2021** at **11:30 a.m.**

    SO ORDERED.

Dated: New York, New York
       October 21, 2020

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES DISTRICT JUDGE**