UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

ROCKY SANCHEZ,

       Defendant.
------------------------------------------------------------------ x

18-CR-420 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/18/21

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for February 25, 2021 is adjourned to **June 8, 2021** at **11:30 a.m.**

**SO ORDERED.**

Dated:  New York, New York
     February 18, 2021

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**