**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

**ORDER**

**18-CR-420 (ALC)**

-against-

Rocky Sanchez,
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing scheduled for June 8, 2021 is adjourned to **3:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
     June 4, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**