UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

ROCKY SANCHEZ,

                       Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-18-23

18 CR 420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **August 1, 2023 at 3:30 p.m.**

SO ORDERED.

Dated:      New York, New York
             July 18, 2023

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge