USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-26-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-

ROCKY SANCHEZ,

                     Defendant.

-------------------------------------------------------------------- x

18-CR-420 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Violation of Supervised Release Hearing set for August 1, 2023 is adjourned to **August 8, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             July 26, 2023

                                                          _____
                                                           **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**