Case 1:18-cr-00420-ALC   Document 947   Filed 08/30/23   Page 1 of 1

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/30/23__

# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

August 11, 2023

<u>Via Ecf</u>
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: United States v. Rocky Sanchez 18Cr.420 (ALC)

Dear Judge Carter:

    This letter is submitted as the Parties joint status letter to the Court and our request to schedule a conference for September 6, 7 or 8th or a date thereafter this is convenient for the Court.

    Please know that shortly after our appearance on August 9th, Mr. Sanchez met with Probation Officer Wilton in her office and made contact with counsel. Mr. Sanchez has agreed to maintain contact with Officer Wilton and I and we will provide Mr. Sanchez with any necessary support to ensure there is no further non-compliance. Additionally, after consulting with Officer Wilton and AUSA Clore, the Parties are next available September 6, 7 or 8th given our other obligations and travel schedules.

    Thank you in advance for any and all consideration of this request and we will await further instructions from the Court.

                                Respectfully submitted,

                                *A. James Bell*
                                A James Bell, Esq.

Cc: AUSA Christopher Clore
    US Probation Officer, Amber Wilton

The application is **GRANTED**.   A Violation of Supervised Release hearing is scheduled for 9/26/23 at 10:30 a.m.
So Ordered.   *Andrew L. Carter*
                                        8/30/23