```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 8-31-23
```

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

        Plaintiff,

 -against-           18-CR-420 (ALC)

              **ORDER**

ROCKY SANCHEZ,

        Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

  The Violation of Supervised Release Hearing set for September 26, 2023 is rescheduled to **September 12, 2023** at **12:30 p.m.**

**SO ORDERED.**

Dated:  New York, New York
      August 31, 2023

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**