USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-9-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

                                                    18-CR-420 (ALC)

-against-

                                                      **ORDER**

ROCKY SANCHEZ,

                Defendant.

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

Today's Violation of Supervised Release Hearing is CANCELLED.

SO ORDERED.

Dated:      New York, New York
              November 9, 2023

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**