```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-16-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :           **ORDER**
                                       :
                                       :
Rocky Sanchez                          :           18CR420 (ALC)
                                       :           _____
                                       :              Docket #
---------------------------------------x


Honorable Andrew L. Carter, Jr.
_____, **DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney assigned to this case
David Ruhnke
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned
                          A. James Bell                            8/8/23
matter is assigned to _____, NUNC-PRO-TUNC _____.
                            Attorney's Name


                                    SO ORDERED.

                                    /s/ Andrew L. Carter, Jr.
                              _____
                                    UNITED STATES DISTRICT JUDGE



Dated:   New York, New York
         November 15, 2023